TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00179-CV

Francis C. Bashaw d/b/a Lone Star Leasing, Appellant

v.

Cox Texas Publications, Inc. d/b/a Austin American Statesman, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 98-11024, HONORABLE ERNEST C. GARCIA, JUDGE PRESIDING 

PER CURIAM

 Francis C. Bashaw d/b/a Lone Star Leasing has filed a motion to dismiss this
appeal. We grant the motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Appellant's Motion

Filed: July 15, 1999

Do Not Publish